```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 12, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Kareem Nisbett**, *individually and on behalf of all other persons similarly situated*,

                    **Plaintiff,**

                    v.

**Future Look, Inc. d/b/a Elegatto**,

                    **Defendant.**

1:21-cv-5559-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days. The Clerk of Court is directed to terminate the letter motion at ECF No. 17.

**SO ORDERED.**

**Dated:** Oct. 12, 2021
New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**